UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BRIEN SHARPE,

    Plaintiff,

v.                                        Case No. 5:20cv311-TKW-MJF

DIAZ,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28). No objections were filed even though Plaintiff was given additional time to do so.  *See* Doc. 30.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the second amended complaint fails to state a plausible Eighth Amendment claim against the defendant.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii).

3. The Clerk shall close the case file.

**DONE and ORDERED** this 11th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv632-LC-HTC