UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BRIEN SHARPE,

    Plaintiff,

v.                                Case No. 5:20cv311-TKW-MJF

DIAZ,

    Defendant.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28) and Plaintiff's objection (Doc. 33). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, and notwithstanding the argument in the objection, the Court finds that the magistrate judge properly applied the law to the facts alleged in the second amended complaint. Thus, the Court agrees with the magistrate judge's determination that this case should be dismissed because the second amended complaint fails to state a plausible Eighth Amendment claim against the defendant.

It is, therefore, **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii).

3. The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of April, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**